Eversmann et ux., Appellants, *v.* Balkey.

Argued September 30, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Charles D. Coll,* for appellants.

*Max U. Applebaum,* for appellees.

OPINION PER CURIAM, April 20, 1972:
Decree affirmed; each party to pay own costs.
Mr. Justice EAGEN and Mr. Justice ROBERTS dissent.
The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the consideration or decision of this case.